**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ASIEL GALARRAGA GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1866-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. Galarraga Garcia is held in immigration custody and seeks an order for his release or a bond hearing. *See generally* Pet., ECF No. 1. On July 13, 2026, the Court ordered Respondents to show cause. July 13, 2026, Order, ECF No. 2.

Respondents state that an immigration judge ("IJ") ordered that Galarraga Garcia be removed, and the order became administratively final on April 23, 2026. Resp. 4, ECF No. 4. Galarraga Garcia then filed a motion to reopen his immigration proceedings, which was denied on May 17, 2026. Id. And the denial is now pending at the Board of Immigration Appeals ("BIA"), but the BIA "has not issued a stay of removal." *Id.* Thus, Respondents argue that Galarraga Garcia's detention is within the ninety-day period of mandatory detention allowed by statute, and not near the six-month period in *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001), that could warrant release.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **by no later than August 24, 2026**, stating whether Galarraga Garcia has been removed, and if not, specifying:

(1) What concrete steps have been taken to effectuate Galarraga Garcia's removal,

(2) What obstacles exist to effectuating Galarraga Garcia's removal, such as issuance of travel documents,

(3) What concrete steps have been taken to address the existing obstacles, and

(4) The anticipated timeline for Galarraga Garcia's removal from the United States.

**IT IS FURTHER ORDERED** that the Court's July 13, 2026, Order, preventing Galarraga Garcia's transfer or removal from the district or the United States is **VACATED**.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 22nd day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE