**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ASIEL GALARRAGA GARCIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1866-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. Galarraga Garcia is held in immigration custody and seeks an order for his release or a bond hearing. *See generally Pet*., ECF No. 1. On March 23, 2026, an immigration judge ("IJ") ordered that Galarraga Garcia be removed, and the order became administratively final on April 23, 2026. Resp. 4, ECF No. 4. Galarraga Garcia then filed a motion to reopen his immigration proceedings, which was denied on May 17, 2026. *Id*. And the denial is now pending at the Board of Immigration Appeals ("BIA"), but the BIA "has not issued a stay of removal." *Id*.

On July 22, 2026, the Court ordered Respondents to provide a status report regarding Asiel Galarrraga Garcia. July 22, 2026, Order, ECF No. 6. Respondents now inform the Court that "[o]n July 12, 2026, ERO received Petitioner's approval for repatriation by the Cuban government." Status Rep. 1, ECF No. 7; *id.* Ex. A ("Escobar Decl.") ¶ 6, ECF No. 7-1. Respondents further state that Galarraga Garcia has not been removed because "Petitioner's removal case has not reached a final order," but that "when Petitioner's order becomes final, ERO will effectuate his removal to Cuba." Status Rep. 1.

It appears that whether Galarraga Garcia is subject to removal may depend on whether he is "a qualified alien" under the Immigration and Nationality Act. *See* 8 U.S.C. § 1229a(c)(7); 8 U.S.C. § 1641(c)(1)(B). In any event, Galarraga Garcia has been detained in post-removal order detention since April 23, 2026, which is less than the presumptively reasonable six-month period. Resp. 4.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **by no later than October 22, 2026**, stating whether Galarraga Garcia has been removed, and if not, specifying:

(1) What concrete steps have been taken to effectuate Galarraga Garcia's removal,

(2) Whether Galarraga Garcia's appeal from the denial of his motion to reopen his immigration proceedings has been resolved, and if not, whether the pending appeal stays his removal and why;

(3) What other obstacles exist to effectuating Galarraga Garcia's removal, such as issuance of travel documents,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Galarraga Garcia's removal from the United States.

If any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

**SO ORDERED**.

**SIGNED this 26th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE